**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: TMcGrath@TysonMendes.com
SARAH B. HARTIG, ESQ.
Nevada Bar No. 10070
Email: shartig@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant, Tribal Manufacturing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE as subrogee of Shelley Siroonian;<br><br>    Plaintiff,<br><br>    v.<br><br>UPONOR NORTH AMERICA, INC.; TRIBAL MANUFACTURING, INC.; and DOES 1 - 50,<br><br>    Defendants. | Case No. 2:23-cv-00924-RFB-EJY<br><br><br>**DEFENDANT TRIBAL MANUFACTURING, INC.'S STATEMENT REGARDING REMOVAL OF ACTION** |

Defendant Tribal Manufacturing, Inc. ("this answering Defendant"), by and through its counsel, the law firm Tyson & Mendes LLP, hereby files its Statement Regarding Removal of Action as follows:

    1.    **The date on which you were served a copy of the Complaint.**

On May 16, 2023 Defendant Tribal Manufacturing, Inc. was served a copy of the Summons and Complaint at 450 Leggitt Road, Marshall, Michigan 49068.

    2.    **The date on which you were served a copy of the Summons.**

On May 16, 2023 Defendant Tribal Manufacturing, Inc. was served a copy of the Summons and Complaint at 450 Leggitt Road, Marshall, Michigan 49068.

1

3.      **In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties, and a summary of Defendant's evidence of the amount in controversy.**

Defendant Tribal Manufacturing, Inc. is a Missouri corporation with its principal places of business in the State of Michigan and the State of South Carolina.  Defendant Uponor North America, Inc. has not appeared in the action, but upon information and belief Defendant Uponor North America, Inc. is a Delaware corporation with its principal place of business in Minnesota.

Plaintiff's Complaint is for economic damages allegedly incurred as the subrogee of its insured, Shelly Siroonian, related to a water loss that occurred on or about July 6, 2020 at a residence located at 34 Meadowhawk Lane, Las Vegas, Nevada 89135.  Pursuant to Plaintiff's pre-litigation Notice of Loss and Demand for Subrogation letter dated May 5, 2021, Plaintiff claims to have incurred damages totaling $122,067.06. *See* Defendant's Petition for Removal at Exhibit C [Doc. 1].

4.      **If your notice of removal was filed more than 30 days after you first received a copy of the Summons and Complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.**

Not applicable.

5.      **In actions removed on the basis of the court's jurisdiction in which the state court action was commenced more than one year before the date of removal, the reasons this action should not summarily be remanded to the state court.**

Not applicable.

///

///

///

///

///

2

6.      **The name of any defendant known to have been served before you filed the notice of removal who did not formally join in the notice of removal and reasons they did not.**

It is unknown if Defendant Uponor North America, Inc. was properly served prior to Defendant Tribal Manufacturing, Inc. filing its Petition for Removal. Defendant Uponor North America, Inc. has not appeared in the action.

Dated:  June 28, 2023

TYSON & MENDES LLP

/s/ Sarah B. Hartig

Thomas E. McGrath
Nevada Bar No. 7086
Sarah B. Hartig
Nevada Bar No. 10070
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Tribal Manufacturing Inc.*

3

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) I hereby certify that I am an employee of Tyson & Mendes LLP, and on June 28, 2023, I caused the foregoing document entitled **DEFENDANT TRIBAL MANUFACTURING, INC.'S STATEMENT REGARDING REMOVAL OF ACTION to** be served upon the following individual via the Court's CM/ECF system and via US Mail:

NATALIE M KEUSSEYAN
Cozen O'Connor
500 North Rainbow Blvd., #300
Las Vegas, NV 89107
*Attorneys for Plaintiff*

/s/Kelly Knaus
An employee of Tyson & Mendes LLP

4