**TYSON & MENDES LLP**
THOMAS E. MCGRATH
Nevada Bar No. 7086
Email: tmgrath@tysonmendes.com
SARAH B. HARTIG, ESQ.
Nevada Bar No. 10070
Email: shartig@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant, Tribal Manufacturing, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE as subrogee of Shelley Siroonian;<br><br>Plaintiff,<br><br>v.<br><br>UPONOR NORTH AMERICA, INC.; TRIBAL MANUFACTURING, INC.; and DOES 1 - 50,<br><br>Defendants. | Case No. 2:23-cv-00924-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff Privilege Underwriters Reciprocal Exchange as subrogee of Shelley Siroonian by and through its attorneys of record, Natalie M Keusseyan, Esq., of COZEN O'CONNOR, and Defendant Tribal Manufacturing, Inc. by and through its attorneys of record Thomas E. McGrath, Esq. and Sarah B. Hartig Esq. of the law firm of TYSON & MENDES, LLP, that that the Complaint filed by Plaintiff, and each and every cause of action alleged therein, be dismissed without prejudice, with each side to bear its own attorney fees and costs.

/ / /

/ / /

1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 17th day of August, 2023. | Dated this 17th day of August, 2023. |
| TYSON & MENDES LLP | COZEN O'CONNOR |
| */s/ Sarah B. Hartig* | */s/ Natalie M. Keusseyan* |
| Thomas E. McGrath<br>Nevada Bar No. 7086<br>Sarah B. Hartig<br>Nevada Bar No. 10070<br>2835 St. Rose Pkwy., Suite 140<br>Henderson, NV 89052<br>*Attorneys for Defendant Tribal Manufacturing Inc.* | Natalie M. Keusseyan<br>Nevada Bar No. 15058<br>3753 Howard Hughes Pkwy., Suite 200<br>Las Vegas, NV 89169<br>*Attorneys for Plaintiff* |

## **ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

IT IS HEREBY ORDERED that this case is dismissed without prejudice in its entirety, each party to bear its own attorney's fees and costs herein.

DATED this  18  day of    August   , 2023.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

TYSON & MENDES LLP

*/s/ Sarah B. Hartig*
_____
Thomas E. McGrath
Nevada Bar No. 7086
Sarah B. Hartig
Nevada Bar No. 10070
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant Tribal Manufacturing Inc.*